**Motions GRANTED and Order filed May 5, 2015.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-15-00333-CV**
**NO. 14-15-00401-CV**

———————

**IN RE JOSE GOMEZ AND EDUARDO GOMEZ, INDIVIDUALLY AND AS FORMER REPRESENTATIVES OF MCCARTY TRUCK WASH & LUBE, INC., GOMEZ MCCARTY TRUCK WASH & LUBE INC. F/K/A MCCARTY TRUCK WASH & LUBE, INC., AND BROTHERS TIRE SERVICES, INC. D/B/A MCCARTY TRUCK WASH, LUBE & TIRES, Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-56104**

# ORDER

Relators, Jose Gomez and Eduardo Gomez, Individually and as Former Representatives of McCarty Truck Wash & Lube, Inc., Gomez McCarty Truck Wash & Lube Inc. f/k/a McCarty Truck Wash & Lube, Inc., and Brothers Tire Services, Inc. d/b/a McCarty Truck Wash, Lube & Tires, have filed two petitions for writ of mandamus in this court. Relators filed their first petition in cause number 14-15-00333-CV on April 14, 2015, asking this court to order the Honorable Elaine Palmer, Judge of the 215th District Court, in Harris County, Texas, to set aside her December 24, 2014 order, granting the real parties in interest's motion to strike relators' affirmative defenses entered in cause number 2010-56104, styled *Jose Gomez, et al. v. Maneul D. Pineda, et al.*

Relators filed their second petition for writ of mandamus in cause number 14-15-00401-CV on May 4, 2015, asking that we compel Judge Palmer to set aside her September 26, 2014 sanctions order, also entered in trial cause number 2010-56104, styled *Jose Gomez, et al. v. Manuel D. Pineda, et al.*

In each original proceeding, relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relators ask this court to stay proceedings in the trial court pending a decision on the petitions for writ of mandamus.

It appears from the facts stated in the petitions and motions that relators' request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2010-56104, *Jose Gomez, et al. v. Manuel D. Pineda, et al.,* **STAYED** until a final decision by this

court on relators' petitions for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties in interest to file a response to the petition for writ of mandamus in cause number 14-15-00401-CV on or before May 19, 2015. *See* Tex. R. App. P. 52.4. This court already requested real parties in interest to file a response to the petition for writ of mandamus in cause number 14-15-00333-CV on or before April 29, 2015. They have not done so. We extend the time for real parties in interest to file their response to the petition for writ of mandamus cause number 14-15-00333-CV to May 19, 2015.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.